1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

*Altare Publishing, Inc., et al.*,

     **Plaintiffs,**

  **v.**

*Pixelbank LLC, et al.*,

     **Defendants.**

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO. CV 16-1314-GHK (MRWx)**

**PERMANENT INJUNCTION**

Pursuant to the Court's August 22, 2016 Order issued simultaneously with this Permanent Injunction, Defendants Pixelbank LLC and Marinho Gomes and their agents, servants, employees, and all persons in active concert and participation with them who receive actual notice of the injunction are hereby **PERMANENTLY ENJOINED** and **RESTRAINED** from directly or indirectly infringing the copyrights in Plaintiff Altare Publishing, Inc.'s Pandora's Box website and Plaintiff Fairlight Scientific, LLC's Spartagen website.  Defendants are further notified that any act in violation of the terms

1  of this Permanent Injunction may be considered and prosecuted as contempt of this

2  Court.

3      **IT IS SO ORDERED**.

4      DATED: August 22, 2016

5      _____

6      GEORGE H. KING
       United States District Judge

2