**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Altare Publishing, Inc., et al.*, | CASE NO. CV 16-1314-GHK (MRWx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| *Pixelbank LLC, et al.*, | |
| Defendants. | |

Pursuant to the Court's August 22, 2016 Order, IT IS **ORDERED, ADJUDGED, AND DECREED** that default judgment is entered in favor of Plaintiff Altare Publishing, Inc. against Defendants Pixelbank LLC and Marinho Gomes, jointly and severally, in the amount of $25,000. Default judgment is entered in favor of Plaintiff Fairlight Scientific, LLC against Defendants Pixelbank LLC and Marinho Gomes, jointly and severally, in the amount of $25,000. Plaintiffs shall recover a total of $7,338 in attorneys' fees plus costs to be taxed by the Clerk. We shall retain jurisdiction to conduct any proceeding arising out of this Judgment and to construe, enforce, or implement this Judgment.

**IT IS SO ORDERED**.

DATED: August 22, 2016

_____
GEORGE H. KING
United States District Judge